369 A.2d 728
COMMONWEALTH of Pennsylvania
v.
William CAULEY, Appellant.

Supreme Court of Pennsylvania.
Submitted Jan. 12, 1976.
Decided Feb. 28, 1977.

A. Charles Peruto, Philadelphia, for appellant.

F. Emmett Fitzpatrick,, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.
Judgment of sentence affirmed.